## Affidavit in Support of Motion for Substitute Service

**State of New York**  County of Southern

Index Number: 1:23-CV-01017-AT
Date Filed: _____

Plaintiff: **Eli Erlick**
vs.
Defendant: **Blaire White**

For:
J. Remy Green
Cohen & Green P.L.L.C.
1639 Centre St
Ste 216
Ridgewood, NY 11385

Received by Jeffrey P. Wilson on the 10th day of February, 2023 at 11:58 am to be served on **Blaire White, 8110 Ranch Road 2222, Unit 98, Austin, Travis County, TX 78730.**

I, Jeffrey P. Wilson, being duly sworn, depose and say that on the **27th day of February, 2023 at 1:17 pm,** I:

deemed it impractical to personally deliver the **Summons in a Civil Action, Complaint with Jury Trial Demanded, Civil Cover Sheet** to the named defendant **Blaire White** in the above numbered and styled cause. I have attempted to make personal delivery to the defendant at his/her place of abode, being **8110 Ranch Road 2222, Unit 98, Austin, Travis County, TX 78730** which was established personally in my efforts.

"I have personal knowledge of the facts set forth in this affidavit, and they are true and correct."

I believe the defendant can and will be given notice of these proceedings by delivering to anyone over the age of sixteen (16) at the listed address or by securely posting/affixing the said documents to the front door which is the defendant's usual place of abode pursuant to the provisions of Rule 106B, Texas Rules of Civil Procedure.

**Additional Information pertaining to this Service:**
2/15/2023  6:58 pm  Attempted service at 8110 Ranch Road 2222, Unit 98, Austin, TX 78730,  No answer at door, no vehicles in driveway, interior lights on.  No lights at either neighbor.
2/16/2023  12:41 pm  Attempted service at 8110 Ranch Road 2222, Unit 98, Austin, TX 78730,  No answer at door.  Left my contact information. Blaire White currently receives mail via the United States Postal Service, at the given location. See attached exhibit a.
2/21/2023  7:51 pm  Attempted service at 8110 Ranch Road 2222, Unit 98, Austin, TX 78730,  No answer at door, no vehicles in driveway, interior lights on.  Neighbors at unit 97 could not confirm defendant lives there.  They did say that the man's name is Joey but did not know the woman's name.
2/25/2023  9:21 am  Attempted service at 8110 Ranch Road 2222, Unit 98, Austin, TX 78730,  No answer at door, no vehicles present.  Package on porch addressed to Joey Sarson. Address confirmed, substitute service is requested.



## Affidavit in Support of Motion for Substitute Service For 1:23-CV-01017-AT

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. I have personal knowledge of the facts set forth in this affidavit, and they are true and correct."

_____
Jeffrey P. Wilson
PSC-14357 Exp 7/31/2024

Subscribed and Sworn to before me on the 27th day of February, 2023 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

JENNIFER ROE WILSON
Notary ID #132344097
My Commission Expires
February 4, 2024

On Time Process Service
1700 Pacific Ave
Suite 1040
Dallas, TX 75201
(214) 740-9999

Our Job Serial Number: ONT-2023001172
Service Fee: $108.75