UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Eli Erlick, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br> Blaire White, <br><br>　　　　Defendant. | 23 Civ. 1017 (AT) <br><br> **Appearance of Counsel** |

To:　The clerk of court and all Parties of record

　　I am admitted or otherwise authorized to practice in the Southern District of New York, and I appear in this case as counsel for Defendant Blaire White.

Date:　New York, New York
　　　　March 20, 2023

DUFF LAW PLLC

By:　/s/ Anderson J. Duff
　　　Anderson J. Duff (AD2029)
　　　43-10 Crescent St. Ste. 1217
　　　New York, New York 11101
　　　(e) ajd@hoganduff.com
　　　(t) 646.450.3607

　　　*Attorneys for Defendant*