UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Eli Erlick,

                Plaintiff,

-against-

Blaire White,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/17/2023__

23 Civ. 1017 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 13, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by April 14, 2023. ECF No. 7. Those submissions are now overdue. Accordingly, by **April 24, 2023**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: April 17, 2023
       New York, New York

                                                ANALISA TORRES
                                         United States District Judge