```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/25/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Eli Erlick,

           Plaintiff,

-against-

Blaire White,

           Defendant.

23 Civ. 1017 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On February 13, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by April 14, 2023. ECF No. 7. The parties did not file their submissions. On April 17, 2023, the Court extended the parties' deadline to submit a joint letter and proposed case management plan to April 24, 2023. ECF No. 13. The parties did not file their submissions. Accordingly, by **May 19, 2023**, the parties shall file their joint letter and proposed case management plan. Failure to do so may result in dismissal of this action for failure to comply with court orders. *See* Fed. R. Civ. P. 41(b).

SO ORDERED.

Dated: April 25, 2023
      New York, New York

                                                 ANALISA TORRES
                                         United States District Judge