UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Eli Erlick,

                Plaintiff,

-against-

Blaire White,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/30/2023
```

23 Civ. 1017 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendant's letter dated May 19, 2023. ECF No. 18. Accordingly:

1. Defendant's request to file a motion to dismiss is GRANTED.
2. By **July 10, 2023**, Defendant shall file her motion.
3. By **July 31, 2023**, Plaintiff shall file her opposition papers.
4. By **August 14, 2023**, Defendant shall file her reply, if any.

SO ORDERED.

Dated: May 30, 2023
       New York, New York

                                            ANALISA TORRES
                                    United States District Judge