UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Eli Erlick, <br><br> Plaintiff, <br><br> v. <br><br> Blaire White, <br><br> Defendant. | 23 Civ. 1017 (AT) <br><br> **Defendant's Motion to Dismiss** |

Defendant Blaire White, by and through her attorneys, Duff Law PLLC, moves this Court to dismiss the Complaint, ECF No. 1, filed by Plaintiff Eli Erlick with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted.

Date: New York, New York
      July 10, 2023

DUFF LAW PLLC

By: /s/ Anderson J. Duff
    Anderson J. Duff (AD2029)
    43-10 Crescent St. Ste. 1217
    New York, New York 11101
    (e) ajd@hoganduff.com
    (t) 646.450.3607

*Attorneys for Defendant
Blaire White*