

July 26, 2023

Hon. Analisa Torres, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, NY 10007

By Electronic Mail

    **Re:**    Case No. 23-cv-1017 (AT), Erlick v. White

Dear Judge Torres:

    My firm and I represent Plaintiff Eli Erlick in this case. I write to request an extension of both the time to oppose the motion at ECF No. 21 and the time under Rule 15 to amend as of right in response to that motion. Defendant has graciously consented to this request.

    The reason for the request is that my father passed away Monday morning after being diagnosed with aggressive cancer less than a month ago. I am now out of state with family, spent the week before his death caring for him, and am now in the middle of the various things that follow.

    This is the first request for any extension. The current deadline for both opposition and amendment is July 31, 2023. Plaintiff is seeking 30 days, which would make the new deadlines both land on August 30, 2023.

                                               Respectfully submitted,

                                              /s/
                                            _____

                                            J. Remy Green
                                              *Honorific/Pronouns: Mx., they/their/them*
                                            **COHEN&GREEN P.L.L.C.**
                                            *Attorneys for Plaintiff*
                                            1639 Centre St., Suite 216
                                            Ridgewood, New York 11385