UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Eli Erlick,

                  Plaintiff,

-against-

Blaire White,

                  Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/2023
```

23 Civ. 1017 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On July 10, 2023, Defendant filed her motion to dismiss Plaintiff's complaint. ECF No. 21; *see* ECF No. 22. On August 30, 2023, Plaintiff filed an amended complaint. ECF No. 25. Accordingly, by **September 14, 2023**, Defendant shall either: (1) file an answer; (2) file a new motion to dismiss in accordance with the Court's Individual Practices in Civil Cases; or (3) file a letter with the Court stating that she relies on the previously filed motion to dismiss.

    The Clerk of Court is directed to terminate the motion at ECF No. 21.

    SO ORDERED.

Dated: August 31, 2023
       New York, New York

ANALISA TORRES
United States District Judge