UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Eli Erlick, <br><br>        Plaintiff, <br><br>v. <br><br>Blaire White, <br><br>        Defendant. | 23 Civ. 1017 (AT) <br><br>**Defendant's Motion to Dismiss Amended Complaint** |

    Defendant Blaire White, by and through her attorneys, Duff Law PLLC, moves this Court to dismiss the Amended Complaint, ECF No. 26, filed by Plaintiff Eli Erlick with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted.

Date:  New York, New York
        September 14, 2023

                                                                                                DUFF LAW PLLC

                                                          By:  /s/ Anderson J. Duff
                                                                           Anderson J. Duff (AD2029)
                                                                           43-10 Crescent St. Ste. 1217
                                                                           New York, New York 11101
                                                                           (e) ajd@hoganduff.com
                                                                           (t) 646.450.3607

                                                                           *Attorneys for Defendant*
                                                                           *Blaire White*