

October 11, 2023

Hon. Analisa Torres, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, NY 10007

By Electronic Mail

    Re:    Case No. 23-cv-1017 (AT), Erlick v. White

Dear Judge Torres:

    My firm and I represent Plaintiff Eli Erlick in this case. I write to ask the Court for a two week extension of time to file an opposition to the motion to dismiss. Defendant consents to this extension.

    Per the Court's rules:

1. The original date to oppose the motion was October 13, 2023 (Dkt. No. 31).

2. Plaintiff seeks this extension because counsel needs more time to prepare the opposition. Specifically, although I had tried to clear the time to prepare this memo, among other things, I am working on a book and my full drafts of the chapters I am responsible for were due this week and last. Those deadlines have been more pressing and all-consuming than I had anticipated. I am also working on a number of other matters with non-dispositive deadlines at the end of this week and beginning of next. And finally, while, in light of the Court's Order of Dkt. No. 31, I would normally ask for a single week or perhaps 10 days, I am travelling for part of next week and would appreciate the Court's indulgence in allowing a little longer.

3. This is the first request for an extension. However, the Court denied in part Plaintiff's initial request for a longer time to oppose the motion. *See* Dkt. No. 31.

4. (see 3)

5. Defendant has graciously consented to this extension request.

    As ever, I thank the Court for its time and consideration.

                                         Respectfully submitted,

                                         /s/
                                       _____

                                       J. Remy Green
                                          *Honorific/Pronouns: Mx., they/their/them*



**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

Page 2 of 2

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com