UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

Eli Erlick,

                      Plaintiff,

    v.

Blaire White

                      Defendant.

23-cv-1017 (AT)

**NOTICE OF CROSS-MOTION**

      PLEASE TAKE NOTICE that, upon the attached Memorandum of Law dated October 27, 2023; the accompanying Declaration; and all of the prior pleadings and proceedings had herein, Plaintiffs will move this Court, before the Honorable Analise Torres, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10007, in the time set by the Court in ECF No. 33, for an Order granting leave to amend the Complaint as set out in the accompanying papers;

      PLEASE TAKE FURTHER NOTICE that opposing papers shall be filed with Defendant's reply on her own motion on November 10, 2023, and Plaintiff shall file her reply on the cross motion, if any, in the time set by the Federal Rules.

DATED:    October 27, 2023
                Queens, NY

                                                          /s/
                                               _____
                                               J. Remy Green
                                               COHEN&GREEN P.L.L.C.
                                               1639 Centre Street, Suite 216
                                               Ridgewood, New York 11385
                                               (929) 888.9480 (telephone)
                                               (929) 888.9457 (facsimile)
                                               remy@femmelaw.com

                                               *Attorneys for Plaintiff*