UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERLICK, | 23-cv-1017 (AT) |
| Plaintiff, | **DECLARATION OF** |
| v. | **J. REMY GREEN** |
| WHITE, | |
| Defendant. | |

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF KINGS           )

I, Remy Green, being duly sworn, depose and say:

1. I am a partner at Cohen&Green P.L.L.C., co-counsel for Plaintiff Patricia Rodney in this case.

2. I make this declaration in opposition to Defendant's motion to dismiss, and in support of her cross-motion to amend.

3. Attached as **Exhibit 1** is the letter Plaintiff sent in the first round of letters exchanged under the Court's individual practices.

4. Attached as **Exhibit 2** is a proposed amended complaint, and **Exhibit 3** is a redline showing the changes to the operative complaint, for the convenience of the Court and the parties.

5. As set out there in, the following factual allegations have been added:

    a. Once White made the video, predictably, her internet following began viciously attacking Erlick.

1

b. White knew this would happen — White is well aware of the on demand stochastic terror she can wield with the right winks and nods.

c. Plaintiff immediately began receiving death threats, and the ugliest abuse imaginable.

d. That abuse included, but is by no means limited to (all typography as in original), across private and public messages:

   i. "i hope you die a painful death. may you get prostate cancer and be reminded everyday that you are and will always be male. A gross male. […] you will never be a woman, you filthy male abomination."

   ii. "Wood chipper"

   iii. "Street justice or hanging from the trees needs to be done"

   iv. "I'd prefer Eli receive legal consequences, but death threats will do until then, I guess.'

e. It was also clear, from public comments, that viewers understood that White was accusing Erlick of killing Danie.  For example, some comments said (emphasis added; misgendering left intact where relevant):

   i. "…a Trans rapist : *it's fine if I make them kill them self.*"

   ii. "Listening to the part where that poor kid killed themselves after being raped almost made me cry. I absolutely hate people like this and I hope she gets a death sentence."

   iii. "And what if it's some guy who just wants extra to testosterone because he's small in high school and he's asking this a**** for testosterone saying that he identifies as a man when he's a woman to get this testosterone and he's taking it.. and then he beats the s*** out of his girlfriend and kills her."

  iv. "this is one of the most VILE, DISGUSTING, AND JUST FRANKLY DISTURBING cases that i have ever heard of in my entire LIFE. Eli deserves to be rot in prison for 100 years! dont even put her in a male or female prison. she deserves to be in solitude for the rest of her life. she is a danger to the lgbtq community and vulnerable young women!!! *absolutely disgusting. so utterly disgusting. that poor girl who killed herself i actually started tearing up*"

  v. "Anagram of "Eli Erlick" is "Lie Licker" also "ickier" and "Killer""

  vi. "Wow, this person is actually evil. This is sadistic beyond belief. And one of their victim's killed themselves?! I have no words...Get this person ASAP - with fellow males! No more women to rape"

  vii. "Trans person: I just killed 20 people.
Democrat Prosecutors: Nothing to see here, folks. Move along !!!!"

6. Likewise, should Defendant argue the "sexual abuse"-type statements include facts — and are not opinions or opinions based on disclosed facts — Plaintiff seeks leave to amend the complaint to add a theory of liability for those statements, as explained further in Point II in the accompanying memorandum. The attached proposed complaint does not reflect those amendments, however, because this request is solely presented in the alternative if Defendant makes a particular argument.

I declare, under penalty of perjury, that the statements above are true and correct. Executed On: October 27, 2023

"

/s/
_____
J. Remy Green