```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/22/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Eli Erlick,

                         Plaintiff,

-against-

Blaire White,

                         Defendant.

23 Civ. 1017 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On July 10, 2023, the Court scheduled a case management conference for November 28, 2023. ECF No. 20 ¶ 15. The parties were required to file a joint status letter not later than one week in advance of the conference. *Id.* ¶ 16. That submission is now overdue.

      Accordingly, the case management conference scheduled for November 28, 2023, is ADJOURNED *sine die*.

      Further, pursuant to the case management plan, fact discovery closed on November 7, 2023. ECF No. 20 ¶ 5. The parties are reminded that pre-motion letters for leave to file a motion for summary judgment were due within fourteen days of the close of fact discovery. *Id.* ¶ 8. The Court has received no submissions. By **December 1, 2023**, the parties shall submit a joint letter to the Court, addressing the status of discovery and settlement negotiations.

      SO ORDERED.

Dated: November 22, 2023
       New York, New York

                                                ANALISA TORRES
                                       United States District Judge