# Duff Law PLLC

Anderson J. Duff
Managing Member
(646) 450-3607
ajd@hoganduff.com

January 10, 2024

<u>**VIA ECF ONLY**</u>
Hon. Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:    *Eli Erlick v. Blaire White*, 23 Civ. 1017 (AT) (SDNY)
       *Defendant's Response to Plaintiff's Motion to Compel* (ECF No. 46)

Dear Judge Torres:

On January 9, 2024, Plaintiff filed a motion to compel Defendant Blaire White's initial disclosures. Such initial disclosures were served on Plaintiff's counsel this morning with Defendant's first sets of interrogatories and requests for production. Because Plaintiff is no longer wanting for Defendant's initial disclosures, Plaintiff's motion to compel is moot.

Respectfully,

By:  */s/ Anderson J. Duff*
     Anderson J. Duff

AJD/jo