

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/2024

February 14, 2024

Hon. Analisa Torres, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, NY 10007

By Electronic Filing.

    Re:    Case No. 23-cv-1017 (AT), Erlick v. White

Dear Judge Torres:

    My firm and I represent Plaintiff Eli Erlick in this case. I write after speaking to Magistrate Judge Lehrburger, and with consent of Defendant.

    After the settlement conference last month, the parties have been communicating with Judge Lehrburger. Without discussing settlement specifics on the open docket, I can say that Judge Lehrburger has scheduled a call with counsel for February 22, 2024, and at this point, we are all optimistic. However, moving forward with discovery on the current schedule may have the unintended effect of moving the parties further apart in settlement.

    We therefore ask that the Court issue a brief, 30-day stay of discovery deadlines so we have the opportunity to fully focus on settlement. I understand that all parties are committed to attempting to get the settlement done in the next week or two.

    As ever, I thank the Court for its time and consideration.

Respectfully submitted,

/s/
_____

J. Remy Green
    *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

GRANTED.

SO ORDERED.

Dated: February 16, 2024
       New York, New York

ANALISA TORRES
United States District Judge